No. 88–6833.   MOON *v.* GEORGIA.   Sup. Ct. Ga.;
No. 90–7093.   MOORE *v.* CALIFORNIA.   Sup. Ct. Cal.;
No. 90–7155.   BASSETTE *v.* THOMPSON, WARDEN.   C. A. 4th Cir.; and
No. 90–7411.   COLE *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.   Reported below: No. 88–6833, 258 Ga. 748, 375 S. E. 2d 442; No. 90–7155, 915 F. 2d 932; No. 90–7411, 795 S. W. 2d 207.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153,

231 (1976), I would grant certiorari and vacate the death sentences in these cases.